UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| KELLY MCSEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-00878 JSD ) |
| DENISE HACKER, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon notification from counsel from the Missouri Department of Mental Health (DMH), dated December 27, 2024. In the waiver of service letter for defendant Misty Kindle, counsel has provided the last known residential address for defendant Denise Hacker, who appears to be a former employee of DMH. ECF No. 38. Because plaintiff Kelly McSean is proceeding in forma pauperis, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in ECF No. 38 for Denise Hacker. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendant Denise Hacker at the address provided in ECF No. 38.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 2nd day of January, 2025.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE